# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 19-13325 |
| HELENE KRZACZYK | Chapter 13 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, I electronically filed the Debtor's 1rst Amended Chapter 13 Bankruptcy Plan with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Chapter 13 Trustee, the United States Trustee and the Debtor's Creditors on the Court Matrix as well as those that entered an Entry of Appearance.

DATED: February 4, 2020        /s/ Alexander G. Tuttle_____

Alexander G. Tuttle, Esq.
2303 N. Broad St., Ste. 2
Colmar, PA 18915
215-723-7969