**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 19-13325-ELF

HELENE KRZACZYK

45 LYDIA AVE

SOUTHAMPTON, PA 18966-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

HELENE KRZACZYK

45 LYDIA AVE

SOUTHAMPTON, PA 18966-

Counsel for debtor(s), by electronic notice only.

ALEXANDER G TUTTLE
TUTTLE LEGAL
2303 N. BROAD ST STE 2
COLMAR, PA 18915-

Date: 5/17/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee