United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13325-pmm |
| Helene Krzaczyk | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 20, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Helene Krzaczyk, 45 Lydia Ave, Southampton, PA 18966-1520 |
| 14336841 | + | M&T Bank, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14331661 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14331008 | | Wells Fargo Home Mor, Written Correspondence Resolutions, Mac#2302-04e, DesMoines, IA 50306 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14342422 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 21 2024 07:28:00 | CITADEL FEDERAL CREDIT UNION, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14331000 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2024 07:40:18 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14331002 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 21 2024 07:28:00 | Citadel Federal Cred U, Po Box 147, Thorndale, PA 19372-0147 |
| 14366352 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2024 07:40:19 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14331003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2024 07:40:31 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 14331004 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2024 07:28:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14342218 | | Email/Text: mrdiscen@discover.com | Jun 21 2024 07:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14331005 | + | Email/Text: mrdiscen@discover.com | Jun 21 2024 07:27:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14331001 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 21 2024 07:40:35 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14349555 | + | Email/Text: RASEBN@raslg.com | Jun 21 2024 07:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14362582 | | Email/Text: camanagement@mtb.com | Jun 21 2024 07:28:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 14336294 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2024 07:40:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14332658 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2024 07:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14331661 | ^ | MEBN | Jun 21 2024 07:19:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14331007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 21 2024 07:40:35 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14336490 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 21 2024 07:40:43 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14331009 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2024 07:40:43 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14331006 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

**Name** | **Email Address**

ALEXANDER G. TUTTLE
on behalf of Debtor Helene Krzaczyk agt@tuttlelegal.com
7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Helene Krzaczyk
        Debtor(s)

Case No: 19−13325−pmm

Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/20/24